UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

BENEDICT CIPPONERI, JR.

   Plaintiff

vs.

FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for COUNTY BANK, et al.

   Defendant
_____/

CAREWEST INSURANCE COMPANY

   Plaintiff in Intervention

vs.

FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for COUNTY BANK, et al.

   Defendant in Intervention
_____/

Case No.: 1:09-CVC-00688-AWI-DLB

ORDER

    The Court having reviewed the Stipulation of Dismissal by all counsel herein, and good cause appearing therefor;

    IT IS ORDERED that the Complaint and Complaint in Intervention filed herein are dismissed with prejudice.

IT IS SO ORDERED.

Dated:  July 25, 2011                    _____
                                       CHIEF UNITED STATES DISTRICT JUDGE

Order

1